102 A.3d 1253

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Keith WHITMORE, Petitioner.**

**No. 146 EM 2014.**

Supreme Court of Pennsylvania.

Nov. 13, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** 13th day of November, 2014, the Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** While counsel did not demonstrate that the failure to file a timely Petition for Allowance of Appeal was the result of anything other than counsel's negligence, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa. R.Crim.P. 122. Counsel is **DIRECTED** to file a Petition for Allowance of Appeal within 15 days of this order.

103 A.3d 325

**Robb WILKINS**

v.

**Shaena MILLER–STEVENS and Eric D. Smith.**

**Appeal of Shaena Miller–Stevens.**

**No. 143 EM 2014.**

Supreme Court of Pennsylvania.

Nov. 13, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of November, 2014, the "Emergency Motion to Stay" is **DENIED.**